UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. <u>25-1049 & 25-1272</u>**

United States v. Alden Leeds, Inc.

To:   Clerk

1)   Unopposed Joint Motion for Leave to Proceed with a Deferred Appendix

---

The foregoing motion is granted.  The consolidated joint appendix must be filed and served within twenty-one (21) days of the date of service of Appellants' reply briefs. On or before the established briefing deadlines, the parties must file and serve only the **<u>electronic</u>** version of the briefs containing references to the record.  The parties must re-file and re-serve the electronic version of the briefs and file all required paper copies containing references to the appendix within fourteen (14) days of the date the appendix is filed.  <u>See</u> Fed. R. App. P. 30(c)(2)(B); 3d Cir. L.A.R. 31.1(a).

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: June 24, 2025
Lmr/cc: All Counsel of Record